The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
THOMAS MARTINEZ,

## DEFENDANTS
UNITED STATES OF AMERICA and SUSAN DYKE,

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: DENVER
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT: UNKNOWN
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
THOMAS A. BULGER, ESQ.
SILVERN LAW OFFICES, P.C.
1801 BROADWAY, SUITE 930
DENVER, COLORADO 80202

ATTORNEYS (IF KNOWN)
UNKNOWN

## II. BASIS OF JURISDICTION
[X] 2 U.S. Government Defendant

## III. CITIZENSHIP OF PRINCIPAL PARTIES
Citizen of This State: PTF [X] 1

## IV. NATURE OF SUIT
[X] 330 Federal Employers' Liability

## V. ORIGIN
[X] 1 Original Proceeding

## VI. CAUSE OF ACTION
CLAIM FOR PERSONAL INJURY UNDER THE FEDERAL EMPLOYEES LIABILITY REFORM AND TORT COMPENSATION ACT.

## VII. REQUESTED IN COMPLAINT:
JURY DEMAND: [X] NO

## VIII. RELATED CASE(S) IF ANY

DATE: 11-6-06
SIGNATURE OF ATTORNEY OF RECORD: [signature]

FOR OFFICE USE ONLY
RECEIPT # ___ AMOUNT ___ APPLYING IFP ___ JUDGE ___ MAG. JUDGE ___