# 06 - CV - 02239

nWed Nov 8 09:19:11 2006

UNITED STATES DISTRICT COURT

DENVER      , CO

Receipt No.   100 272323
Cashier       carol

Check Number:  25673

DO Code    Div No
 4613        1

| Sub Acct | Type | Tender | Amount |
|---|---|---|---|
| 1:510000 | N | 2 | 190.00 |
| 2:086900 | N | 2 | 60.00 |
| 3:086400 | N | 2 | 100.00 |

Total Amount      $   350.00

FROM SILVERN LAW OFFICES

FILING FEE 06-CV-02239, MARTINEZ V. USA, CAH