IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  06-cv-02228-RPM-CBS

THOMAS MARTINEZ,

      Plaintiff,

v.

UNITED STATES OF AMERICA and
SUSAN K. DYCK,

      Defendants.

---

### ORDER OF REFERENCE TO MAGISTRATE JUDGE

---

      Pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and Fed. R. Civ. P. 72(a) and (b), United States Magistrate Judge Craig B. Shaffer is designated to conduct proceedings in this civil action as follows:

( X )    Convene a scheduling conference under Fed. R. Civ. P. 16(b) and enter a scheduling order meeting the requirements of D.C.COLO.LR 29.1.

( X )    Conduct such status conferences and issue such orders necessary for compliance with the scheduling order, including amendments or modifications of the scheduling order upon a showing of good cause.

( X )    Convene such settlement conferences and direct related procedures as may facilitate resolution of this case.

( X )    Hear and determine pretrial matters, including discovery and other non-dispositive motions.

(  )    Conduct hearings, including evidentiary hearings, and submit proposed findings of fact and recommendations for rulings on dispositive motions.

(  )    Conduct a pretrial conference and enter a pretrial order.

      It is ORDERED, that this civil action is referred to the named magistrate judge to proceed according to the designations marked (X) above.

      Dated: November 9th, 2006

                                    BY THE COURT:

                                    s/Richard P. Matsch
                                    _____
                                    Richard P. Matsch, Senior District Judge