IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  06-cv-02239-RPM-CBS

THOMAS MARTINEZ,

     Plaintiff,
v.

UNITED STATES OF AMERICA and
SUSAN K. DYCK,

     Defendants.

**Minute Order Entered by Senior District Judge Richard P. Matsch:**

s/M. V. Wentz
 Secretary


      The Order of Reference to Magistrate Judge is amended to correct the docket number.


DATED: November 13, 2006