| UNITED STATES DISTRICT COURT<br>DISTRICT OF COLORADO<br><br>**THOMAS MARTINEZ**<br>Plaintiff(s),<br><br>V<br><br>**UNITED STATES OF AMERICA and SUSAN K. DYCK**<br>Defendant(s).<br><br>*Attorneys for Plaintiff:*<br>Thomas L. Bulger, Esq., #29390<br>1801 Broadway, Suite #930<br>Denver, CO 80202<br>Phone Number:   303-292-0044<br>FAX Number:     303-292-1466 | ^ COURT USE ONLY ^<br><br>Case Number: 06CV02239RPM-CBS<br><br><br>Div: _____   Ctrm:_ __ |
|---|---|

## RETURN OF SERVICE

**STATE OF COLORADO**                                              **COUNTY OF DENVER**

I declare under oath that I served this <u>Summons ,Complaint, and District Court Civil Cover Sheet</u> in this case on <u>Susan Dyck</u> in Jefferson County, State of Colorado, on the <u>13th</u> day of <u>November</u>, 2006 at <u>10:14 AM</u> at the following location: <u>3159 Depew Street, Wheat Ridge, CO 80033</u>

__X__ by handing it to a person identified to me as <u>Susan Dyck</u>
_____ by leaving it

I am over the age of 18 years and am not interested in nor a party to this case.

__X__ Private Process Server

_____     __11-13-06__
Signature                                                     Date

Subscribed and sworn to before me this __13th__ day of November, 2006 in Denver County, State of Colorado by Simon Lopata
          (SEAL)

_Margo Hawtree_   __02/28/08__
Notary Public                  Commission Expires