| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>DISTRICT OF COLORADO<br><br>**THOMAS MARTINEZ**<br>Plaintiff(s),<br><br>V<br><br>**UNITED STATES OF AMERICA and SUSAN K. DYCK**<br>Defendant(s).<br><br>*Attorneys for Plaintiff:*<br>Thomas L. Bulger, Esq., #29390<br>1801 Broadway, Suite #930<br>Denver, CO 80202<br>Phone Number:  303-292-0044<br>FAX Number:    303-292-1466 | ^ COURT USE ONLY ^<br><br>Case Number: 06CV02239RPM-CBS<br><br>Div: _____    Ctrm:___ |

## RETURN OF SERVICE

**STATE OF COLORADO**                                                                           **COUNTY OF DENVER**

I declare under oath that I served this <u>Summons, Complaint, and District Court Civil Cover Sheet</u> in this case on <u>the United States of America</u> in Denver County, State of Colorado, on the <u>9th</u> day of <u>November</u>, 2006 at <u>1:48 PM</u> at the following location: <u>1225 17th Street, Suite 700, Denver, CO</u>

____ by handing it to a person identified to me as
_X_ by leaving it with <u>Linda Blan as Legal Assistant designated to receive service for the United States Of America, District of Colorado.</u>

I am over the age of 18 years and am not interested in nor a party to this case.

_X_ Private Process Server

Signature                                            Date  11-13-06

Subscribed and sworn to before me this ____ day of November, 2006 in Denver County, State of Colorado by Simon Lopata
           (SEAL)

Notary Public                              02/28/08
                                           Commission Expires