IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  O6-cv-02239-RPM-CBS

THOMAS MARTINEZ,

  Plaintiff,

v.

UNITED STATES OF AMERICA, and
SUSAN K. DYCK,

  Defendants.

---

## UNITED STATES' NOTICE OF SUBSTITUTION

---

  PLEASE TAKE NOTICE that pursuant to 28 U.S.C. § 2679, the United States is hereby substituted for defendant, Susan K. Dyck, as defendant for all purposes in the Complaint filed in the above-captioned action.  The grounds for this substitution are:

  1. The aforesaid Complaint alleges a common law tort committed by Susan K. Dyck at a time when she was acting within the scope of her employment with the Department of Commerce, an agency of the United States.

  2. The Federal Tort Claims Act provides that a suit against the Unites States shall be the exclusive remedy for persons with claims for damages resulting from the actions of federal employees taken within the scope of their employment.  28 U.S.C. § 2679(b)(l).

3.     The Federal Tort Claims Act provides that upon certification by the Attorney General or his delegated representative that a federal employee was acting within the scope of employment at the time of the incident out of which the claim arose, any civil action arising out of the incident <u>shall</u> be deemed an action against the United States, and the United States shall be substituted as sole defendant for said claim.  28 U.S.C. § 2679(d)(l).  The Attorney General has delegated certification authority to the Assistant Attorney General in charge of the Civil Division.  *See* 28 C.F.R. § 15.3.  The Assistant Attorney General in charge of the Civil Division has redelegated certification authority to the United States Attorneys.  *See* Appendix to 28 C.F.R. § 15.3.

4.     Troy A. Eid, United States Attorney, District of Colorado, has certified that at the time of the incident alleged in the above-referenced Complaint the defendant was acting within the scope of her federal employment and that the two exceptions found in 28 U.S.C. § 2679(b)(2) do not apply.  (A copy of the Certification of Scope of Employment is attached as Exhibit A hereto.)

ACCORDINGLY, the United States is substituted as the sole defendant in this action.

DATED this 11th day of  December, 2006.

Respectfully submitted,

TROY A. EID
United States Attorney

s/*Mark S. Pestal*
Mark S. Pestal
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, Colorado  80202
Telephone:  (303) 454-0101
mark.pestal@usdoj.gov

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on December 11, 2006,  I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the following e-mail addresses:

silvernlaw@silvernlaw.com

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand delivery, etc.) indicated by the nonparticipant's name:

Agency Counsel, via e-mail:

Timothy Conner:
tconner1@doc.gov

s/ Michael Miller
Michael A. Miller
Legal Assistant
United States Attorney's Office
District of Colorado