IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-02239-RPM-CBS

THOMAS MARTINEZ,

      Plaintiff,

v.

UNITED STATES OF AMERICA, and
SUSAN K. DYCK,

      Defendants.

---

## CERTIFICATE OF SCOPE OF EMPLOYMENT

---

Pursuant to 28 U.S.C. § 2679(d), and by virtue of the authority vested in me by 28 C.F.R. § 15.3, I hereby certify:

1.     I have read the Complaint in this action; and

2.     On the basis of the information now available with respect to the incident referred to therein, the individual federal defendant, Susan K. Dyck, was acting within the scope of her employment as an employee of the United States at the time of the incident alleged in the Complaint.

DATED this ____ day of _____, 2006.

Respectfully submitted,

TROY A. EID
United States Attorney
for the District of Colorado

Exhibit A