IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02239-RPM-CBS

THOMAS MARTINEZ,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

## ORDER

    Upon the United States' Notice of Substitution of the United States for Susan K Dyck and it appearing to the Court that the Complaint alleges a common law tort action against the above-named defendant arising out of actions taken within the scope of her employment with the United States; it is

    ORDERED that pursuant to 28 U.S.C. § 2679(d)(l), as amended, the United States shall be and hereby is substituted as the sole defendant herein with respect to plaintiff's common law tort action, and it is further

    ORDERED that the Complaint shall be and hereby is dismissed with prejudice as to the defendant Susan K. Dyck, to the extent she has been sued for common law torts, and it is further

    ORDERED that the caption of plaintiff's Complaint shall read as captioned above.

DATED this \_\_\_\_\_ day of December, 2006.

                BY THE COURT:

_____
_____RICHARD P. MATSCH
_____UNITED STATES DISTRICT COURT JUDGE