IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  O6-cv-02239-RPM-CBS

THOMAS MARTINEZ,

      Plaintiff,

v.

UNITED STATES OF AMERICA,

      Defendant.

---

## UNITED STATES' ANSWER

---

The United States of America answers plaintiff's Complaint as follows:

### PARTIES

1.      The defendant is without specific information to admit or deny this allegation; therefore it is denied.

2.      Admit.

3.      The defendant admits that Susan Dyck is a resident of Colorado.  Otherwise denied.

### JURISDICTION AND VENUE

4.      The allegations contained in this paragraph are conclusions of law to which no response is required.  To the extent that an answer is required, denied.

5.      The allegations contained in this paragraph are conclusions of law to which

no response is required.  To the extent that an answer is required, they are denied.

## ADMINISTRATIVE REMEDIES

6.     Admit.

7.     Admit.

8.     The allegations contained in this paragraph of the Complaint are conclusions of law to which no response is required.  To the extent that an answer is required, denied.

## FACTUAL ALLEGATIONS

9.     Deny.

10.    Deny.

11.    Deny.

12.    Deny.

13.    Deny.

14.    Deny.

15.    Deny.

16.    Deny.

17.    Deny.

18.    Deny.

19.    Admit.

## FIRST CLAIM FOR RELIEF

20.    The defendant incorporates herein by reference the answers provided in

    paragraphs 1 - 19.

21.    Deny, all parts.

22.    Deny.

23.    Deny.

24.    Deny.

## DAMAGES

25.    Deny.

## LEAVE TO AMEND

26.    The defendant does not object to plaintiff's request to amend as provided by

    the Federal Rules of Civil Procedure.

    The defendant denies that plaintiff is entitled to the relief set forth in his

    prayer for relief.

    The defendant denies each and every other allegation not expressly admitted

    herein.

## DEFENSES

1.    The plaintiff fails to state a claim for relief.

2.    No acts or omissions by the United States or its employees were the

    proximate cause of any injury to the plaintiff.

3.      The plaintiff was negligent in his actions toward Ms. Dyck.

4.      The plaintiff assumed the risk of injury.

5.      The defendant did not have the last clear chance to avoid injury to the

plaintiff.

6.      The plaintiff has failed to mitigate his damages.

7.      The plaintiff's injuries were pre-existing.

8.      Plaintiff's entitlement to relief, which is denied, is limited to the sum certain

stated in his administrative claim.

9.      Plaintiffs' claims are subject to the provisions of the Colorado Tort Reform

Act.  In particular, plaintiffs' damages are limited pursuant to the provisions

of C.R.S. §§ 13-21-102.5, 13-21-111.5, 13-21-111.6, 13-21-111.7, and 13-

21-111.

10.     Plaintiff is not entitled to pre-judgment interest against the defendant,

United States of America, pursuant to 28 U.S.C. § 2674.

11.     The payment of attorneys fees is subject to the limitation imposed by 28

U.S.C. § 2678.

12.     To the extent damages are awarded to the plaintiffs herein, defendant,

United States is entitled to an offset for any benefits paid or to be paid to

the plaintiffs by any agency of the United States.

4

13.   Plaintiff is not entitled to recover punitive or exemplary damages against

the United States.

DATED this 8th day of January, 2007.

Respectfully submitted,

TROY A. EID
United States Attorney

s/*Mark S. Pestal*
Mark S. Pestal
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, Colorado  80202
Telephone:  (303) 454-0101
mark.pestal@usdoj.gov

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on January 8, 2007, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the following e-mail addresses:

silvernlaw@silvernlaw.com

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand delivery, etc.) indicated by the nonparticipant's name:

dreed1@doc.gov

guixsdyck@comcast.net


*Michael A. Miller*
Michael A. Miller
Legal Assistant
United States Attorney's Office
District of Colorado

6