**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action: 06-cv-02239-RPM-CBS** | **FTR** - Reporter Deck-Courtroom A402 |
| **Date: January 30, 2007** | **Courtroom Deputy:** Ben Van Dyke |

THOMAS MARTINEZ,                                       Thomas A. Bulger

    **Plaintiff,**

v.

UNITED STATES OF AMERICA,                       Mark S. Pestal

    **Defendant.**

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:        8:30 a.m.**
Court calls case.  Appearances of counsel.

Parties have held a Rule 26(f) meeting and Rule 26(a) disclosures have been fulfilled.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:**

Discovery Cut-off:  **July 31, 2007.**

Dispositive Motions deadline:  **September 30, 2007.**

Parties shall designate affirmative experts **on or before April 16, 2007.**

Parties shall designate rebuttal experts **on or before June 8, 2007.**

Counsel may not file any OPPOSED discovery motions without leave of court.  Counsel are instructed that should a discovery dispute arise they are to comply with Local Rule 7.1A. in an effort to resolve the issues.  If that is unsuccessful, counsel shall establish a conference call adding Magistrate Judge Shaffer as the last connection.  The Court will hear arguments and attempt to mediate a resolution. The Court will instruct counsel at that time as to whether or not to file a discovery motion.

**SETTLEMENT CONFERENCE**  is set for **April 13, 2007 at 1:30 p.m.**
Attorney(s) and Client(s)/Client Representative(s), including an adjustor if an insurance company is involved, with full settlement authority **are to be present in person** for the Settlement Conference.

Each party shall submit an Updated  Confidential Settlement Statement  to Magistrate Judge Shaffer **on or before April 9, 2007** outlining the facts and issues in the case and the party's settlement position.  In addition, each party shall disclose what it is willing to offer or accept in settlement.

The brief Updated Settlement Statements (15 pages or less) shall be sent via e-mail in a PDF format to **Shaffer_Chambers@cod.uscourts.gov** All additional settlement material (*i.e.* deposition transcripts, documents) shall be submitted to the court as hard copies. Counsel shall indicate in their e-mail if they are submitting additional information for the Court to read. Any additional material shall be delivered to the Office of the Clerk of the Court in an envelope marked "PERSONAL PER MAGISTRATE JUDGE SHAFFER'S INSTRUCTIONS."

!    Scheduling Order is signed and entered with interlineations.

HEARING CONCLUDED.
**Court in recess:        8:55 a.m.**
Total time in court:    00:25