**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  06-cv-02239-RPM-CBS

THOMAS MARTINEZ,

     Plaintiff,

v.

UNITED STATES OF AMERICA,

     Defendant.

_____

**REQUEST FOR NOTICES FOR AGENCY COUNSEL**
_____

     On behalf of Don Reed, counsel for Department of Commerce, the undersigned counsel requests that Mr. Reed's e-mail address, dreed1@doc.gov, be added to the CM/ECF notification list for this case.

     Notification is for informational purposes only and is not for the purpose of entering an appearance in this case

DATED this 2nd day of April 2007.

                          Respectfully submitted,

                          TROY A. EID
                          UNITED STATES ATTORNEY

                          s/*Mark S. Pestal*
                          Mark S. Pestal
                          Assistant United States Attorney
                          1225 Seventeenth Street, Suite 700
                          Denver, Colorado 80202
                          (303) 454-0100
                          Mark.Pestal@usdoj.gov

**CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on April 2, 2007, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the following e-mail addresses:

silvernlaw@silvernlaw.com

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand delivery, etc.) indicated by the nonparticipant's name:

dreed1@doc.gov

guixsdyck@comcast.net

s/ *Michael A. Miller*

Michael A. Miller
Legal Assistant
United States Attorney's Office
District of Colorado