IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-CV-02239-RPM-CBS

THOMAS MARTINEZ,

    Plaintiff,

    vs.

UNITES STATES OF AMERICA,

    Defendant.

---

## UNOPPOSED MOTION TO VACATE SETTLEMENT CONFERENCE

---

    A Settlement Conference is currently set for **April 13, 2007**.  The parties have not completed sufficient discovery to engage in productive settlement negotiations.  Accordingly, the defendant, with plaintiff's counsel's consent (pursuant to D.C.COLOLCivR 7.1), moves to vacate the April 13 conference, to be reset, if necessary, at the request of the parties.

    Dated this 4th day of April, 2007.

                                               Respectfully submitted,

                                               TROY A. IED
                                             United States Attorney

                                             s/*Mark S. Pestal*
                                             Assistant United States Attorney
                                             District of Colorado
                                             1225 Seventeenth Street, Suite 700
                                             Denver, Colorado 80202
                                             (303) 454-0100

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on April 4, 2007, I electronically sent the foregoing to:

Thomas A. Bulger, Esq.
SILVERN LAW OFFICES, P.C.
1801 Broadway, Suite 900
Denver, Colorado  80202

silvernlaw@silvernlaw.com

dreed1@doc.gov

quixsdyck@comcast.net

s/ *Mark S. Pestal*
United States Attorney's Office