IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-02239-RPM-CBS

THOMAS MARTINEZ,

     Plaintiff,

v.

UNITED STATES OF AMERICA,

     Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

     IT IS HEREBY ORDERED that Defendant's Unopposed Motion to Vacate Settlement Conference (*doc. no. 15)* is **GRANTED**.  The settlement conference set for April 13, 2007, is **VACATED**.

     IT IS FURTHER ORDERED that a settlement conference will be set upon the request of the parties, after they have conferred and determined that such a conference would be of assistance in resolving the case.

**DATED:**    April 6, 2007