**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:             February 29, 2008
Courtroom Deputy: J. Chris Smith
FTR Technician:   Kathy Terasaki

_____

Civil Action No. 06-cv-002239-RPM-CBS

THOMAS MARTINEZ,                                     Thomas A. Bulger

     Plaintiff,

v.

UNITED STATES OF AMERICA,                            Mark S. Pestal

     Defendant.
_____

### COURTROOM MINUTES
_____

**Calendar Call**

**8:05 a.m.     Court in session.**

Joint Status Statement submitted.

Counsel answer questions regarding case facts, claims and damages.

**ORDERED:   One day trial to Court scheduled July 17, 2008
            Proposed pretrial order to be submitted by 4:00 p.m. June 12, 2008 in
            paper format directly to chambers.**

Counsel state they do not anticipate a settlement.

**8:07 a.m.     Court in recess.**

Hearing concluded.  Total time: 02 min.