IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 06-cv-02239-RPM

THOMAS MARTINEZ,

    Plaintiff,

v.

UNITED STATES OF AMERICA and
SUSAN K. DYCK,

    Defendants.

---

## ORDER SETTING TRIAL DATE

---

    Pursuant to the calendar call today, it is

    ORDERED that this matter is set for trial to the Court on **July 17, 2008, at 9:00 a.m.,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**

    Dated: February 29, 2008

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge