IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02239-RPM-CBS

THOMAS MARTINEZ,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

---

**ENTRY OF APPEARANCE AND
REQUEST FOR NOTICES**

---

    Marcy E. Cook, Assistant United States Attorney, respectfully enters her appearance as counsel for the United States of America in the above-captioned action and requests that she be served with copies of all notices and pleadings in this case.

    Respectfully submitted this 8th day of July, 2008.

    TROY A. EID
    United States Attorney

    s/ Marcy E. Cook
    Marcy E. Cook
    Assistant United States Attorney
    1225 Seventeenth Street, Suite 700
    Denver, Colorado  80202
    Telephone:  (303) 454-0171
    Fax: (303) 454-0404
    E-mail: marcy.cook@usdoj.gov
    Counsel for Defendant

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 8th day of July, 2008, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Thomas A. Bulger
silvernlaw@silvernlaw.com
Counsel for Plaintiff

      I also hereby certify that on this 8th day of July, 2008, I have mailed or served the foregoing document to the following non-CM/ECF participant(s) in the manner (mail, e-mail, etc.) indicated by the nonparticipant's name:

None

      s/ Marcy E. Cook
      Marcy E. Cook
      Assistant United States Attorney
      1225 Seventeenth Street, Suite 700
      Denver, Colorado  80202
      Telephone:  (303) 454-0171
      Fax: (303) 454-0404
      E-mail: marcy.cook@usdoj.gov
      Counsel for Defendant