IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-CV-02239-RPM- CBS

THOMAS MARTINEZ,

      Plaintiff,

v

UNITED STATES OF AMERICA,

      Defendant

---

### PLAINTIFF'S WITNESS LIST

1. Plaintiff, Thomas Martinez, 255 Allison Street Lakewood, Colorado 80226. He will be called to testify regarding most of the issues which comprise the subject matter of this lawsuit, and in particular, regarding liability and damages. This will included his prior interactions with Ms. Dyck. Mr. Martinez will testify in person.

2. Charles Barnett, 255 Allison Street Lakewood, Colorado 80226. He will be called to testify regarding his observations on February 14, 2005, and of prior interactions with Ms Dyck. He will also testify regarding Plaintiff's injuries, and his observations thereof Mr. Barnett will testify in person.

3 Dr. Perry Haney, M.D., Spine One, 8500 Park Meadows Drive, Suite 200, Lone Tree, CO 80124. This witness will testify in person concerning Plaintiff's medical conditions

and medications; Plaintiff's accommodations required based on his medical conditions; Plaintiff's medical appointments; Plaintiff's medical records; communications with Plaintiff; and any matter covered in his deposition, witness statement or affidavit, if any