IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-CV-02239-RPM-CBS

THOMAS MARTINEZ,

    Plaintiff,

vs.

UNITES STATES OF AMERICA,

    Defendant.

---

### DEFENDANT'S WITNESS LIST

**Witness:**

    Susan Dyck

Dated this 16th day of July, 2008.

    Respectfully submitted,

    TROY A. IED
    United States Attorney


    s/*Mark S. Pestal*
    Marcy E. Cook
    Assistant United States Attorneys
    District of Colorado
    1225 Seventeenth Street, Suite 700
    Denver, Colorado 80202
    (303) 454-0101