**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior District Judge Richard P. Matsch**

Date:              July 17, 2008
Courtroom Deputy:  J. Chris Smith
FTR Technician:    Kathy Terasaki
_____

Civil Action No. 06-cv-002239-RPM-CBS

THOMAS MARTINEZ,                              Thomas A. Bulger

    Plaintiff,

v.

UNITED STATES OF AMERICA,                     Mark S. Pestal
                                              Marcy E. Cook
    Defendant.
_____

**COURTROOM MINUTES**
_____

**Trial to Court Day One**

**8:58 a.m.      Court in session.**

Plaintiff present.

Mr. Bulger states plaintiff waives right to make an opening statement.

9:00 a.m.       Defendant's opening statement by Mr. Pestal.

**Plaintiff's Exhibits 1 through 18 offered, stipulated and received.**

9:06 a.m.       Plaintiff Thomas Martinez sworn.

Direct examination of Mr. Martinez by Mr. Bulger.

Reference to Plaintiff's Exhibits 15, 1, 16, 13, 3 and 4.

**10:28 a.m.     Court in recess.**
**10:42 a.m.     Court in session.**

10:43 a.m.      Cross examination of Mr. Martinez by Mr. Pestal.

Reference to the May 2, 2007 deposition transcript of Thomas Martinez.
Reference to Plaintiff's Exhibits 1 and 2.

July 17, 2008
06-cv-02239-RPM

11:26 a.m.	Plaintiff's witness, Charles Barnett, sworn.

Direct examination of Mr. Barnett by Mr. Bulger.

11:53 a.m.	Cross examination of Mr. Barnett by Ms. Cook.

11:56 a.m.	Redirect examination of Mr. Barnett by Mr. Bulger.

**11:58 a.m.	Court in recess.**
**1:33 p.m.	Court in session.**

1:34 p.m.	Plaintiff's witness, Dr. Perry Haney, M.D., sworn.

Direct examination of Dr. Haney by Mr. Bulger.

Reference to Plaintiff's Exhibits 17 and 5.

2:01 p.m.	Cross examination of Dr. Haney by Ms. Cook.

Reference to Plaintiff's Exhibits 5 and 11.

2:30 p.m.	Redirect examination of Dr. Haney by Mr. Bulger.

2:34 p.m.	Recross examination of Dr. Haney by Ms. Cook.

Plaintiff rests.

2:37 p.m.	Defendant's witness, Susan Dyck, sworn.

Direct examination of Ms. Dyck by Mr. Pestal.

Reference to Plaintiff's Exhibits 18 and 15.

**3:25 p.m.	Court in recess.**
**3:39 p.m.	Court in session.**

3:40 p.m.	Cross examination of Ms. Dyck by Mr. Bulger.

Reference to Plaintiff's Exhibit 13.
Reference to the May 4, 2007 deposition transcript of Susan Dyck.

4:23 p.m.	Redirect examination of Ms. Dyck by Mr. Pestal.

Defendant rests.
**Evidence closed.**

2

July 17, 2008
06-cv-02239-RPM

Discussion regarding scheduling.

**4:30 p.m.        Court in recess.**

Trial Continued.  Total time: 5 hrs. 57 min.