IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date:                    July 18, 2008
Courtroom Deputy:        J. Chris Smith
FTR Technician:          Kathy Terasaki

_____

Civil Action No. 06-cv-002239-RPM-CBS

THOMAS MARTINEZ,                                       Thomas A. Bulger

      Plaintiff,

v.

UNITED STATES OF AMERICA,                              Mark S. Pestal
                                                       Marcy E. Cook
      Defendant.
_____

## COURTROOM MINUTES
_____

**Trial to Court Day Two**

**9:57 a.m.     Court in session.**

Plaintiff present.

Court's preliminary remarks.

9:58 a.m.       Plaintiff's closing argument by Mr. Bulger.

10:17 p.m.      Defendant's closing argument by Ms. Cook.

10:24 p.m.      Rebuttal argument by Mr. Bulger.

10:29 a.m.      **Court's oral findings of fact and conclusions of law stated on record.**

**ORDERED:    Judgment for defendant with no costs awarded.  Case is dismissed.**

**Court signs Stipulation and Order Regarding Custody of Exhibits.**

**10:47 a.m.    Court in recess.**

**Clerk's note:** Exhibit lists attached.  Exhibits and depositions returned to counsel.

Trial Continued.  Total time: 50 min.