Case No.  06-cv-02239-    Judge:        Martinez v. United States      Page  1
          RPM-CBS
                          Richard P. Matsch              Pltf/Dfdt

| EXHIBIT NUMBER | BRIEF DESCRIPTION | OFFER | STIP. | IN | OUT | REMARKS |
|---|---|---|---|---|---|---|
| 1 | Medical Records from South Park Internal Medicine | 7-17-8 | Yes | 7-17-8 | | Martinez |
| 2 | Medical Records from Littleton Hospital | | Yes | | | Martinez - Cross |
| 3 | Medical Records from Dr. Zimmerman | | Yes | | | Martinez |
| 4 | Medical Records from Rocky Mountain Physical Therapy | | Yes | | | Martinez |
| 5 | Medical Records from Spine One | | Yes | | | Haney |
| 6 | Medical Records from Denver Metro Imaging | | Yes | | | |
| 7 | Medical Bills from South Park Internal Medicine | | Yes | | | |
| 8 | Medical Bills from Littleton Hospital | | Yes | | | |
| 9 | Medical Bills from Dr. Zimmerman | | Yes | | | |
| 10 | Medical Bills from Rocky Mountain Physical Therapy | | Yes | | | |
| 11 | Medical Bills from Spine One | | Yes | | | |
| 12 | Medical Bills from Denver Metro Imaging | | Yes | | | |
| 13 | Wheat Ridge Police Department Reports | | Yes | | | Martinez Dyck |
| 14 | Plaintiff's IRS Tax Returns | | Yes | | | |
| 15 | Photographs of Plaintiff's Property | | Yes | | | Martinez Dyck |
| 16 | Maps of 7215 W 29th Ave | | Yes | | | Martinez |
| 17 | Dr. Perry Haney's Curriculum Vitae | | No yes | | | Haney |
| 18 | CAR Photograph | 7-17-8 | yes | 7-17-8 | | Dyck |