# STIPULATION AND ORDER REGARDING
# CUSTODY OF EXHIBITS AND DEPOSITIONS

IT IS STIPULATED AND ORDERED that at the conclusion of the trial which began on July 17, 2008, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

DATED at Denver, Colorado this __18th__ day of July, 2008.

BY THE COURT:

_____
Richard P. Matsch
Senior District Court Judge

APPROVED AS TO FORM:

_____                _____
ATTORNEY FOR PLAINTIFF                          ATTORNEY FOR DEFENDANT