## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02239-RPM

THOMAS MARTINEZ,

    Plaintiff,

v.

UNITED STATES OF AMERICA and
SUSAN K. DYCK,

    Defendants.

_____

## JUDGMENT
_____

    Pursuant to and in accordance with the Order entered by Senior District Court Judge Richard P. Matsch on December 12, 2006, incorporated herein by reference, it was

    ORDERED that pursuant to 28 U.S.C. § 2679(d)(l), as amended, the United States is substituted as the sole defendant herein with respect to plaintiff's common law tort action and the Complaint is dismissed with prejudice as to defendant Susan K. Dyck, to the extent she has been sued for common law torts.

    This matter was tried to the Court on the remaining claims from July 17, 2008, to July 18, 2008 before Senior District Court Judge Richard P. Matsch.

    Pursuant to the Court's oral findings of fact and conclusions of law, incorporated herein by reference, it is

    FURTHER ORDERED that judgment is entered in favor of defendant United States of America and against plaintiff Thomas Martinez. It is

    FURTHER ORDERED that no costs are awarded. It is

    FURTHER ORDERED that the Complaint and this civil action are dismissed.

    DATED at Denver, Colorado, this 18th day of July, 2008.

                                 FOR THE COURT:

                                 Gregory C. Langham, Clerk

                                    s/J. Chris Smith
                       By: _____
                                 J. Chris Smith, Deputy Clerk