3159 Depew Street
Wheat Ridge, CO 80214
December 29, 2009

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2009 DEC 29 PM 3: 28

GREGORY C. LANGHAM
CLERK

BY _____ DEP. CLK

ATTENTION: Sharnell @ US District Court Front Counter Clerk
US District Court – 901 19th Street, Denver, CO 80294
General Phone: 303.844.4627
FAX: 303.335.2714

06-cv-2239-Rpm-CBS

## MOTION #2 SEEKING EXPUNGEMENT OF RECORDS VIA US DISTRICT COURT: CIVIL CASE #06V02239:
originally heard in Judge Matsch's court, (now asking for Judge Matsch's quick hearing of this petition), fully acquitted and/or charges dismissed in total/no civil damages due to petitioner.

Pursuant to State of Colorado Revised Statute 24-72-308: This writer is respectfully requesting that EXPUNGEMENT OF HER CIVIL RECORDS/TEMPORARY RESTRAINING ORDER/ARREST CHARGES AND HISTORY occur regarding US District Court Case #06cv02239.

Rationale:

1) In petitioner Susan K. Dyck's criminal case, two charges were completely dismissed and as for the remaining two charges, the jury of her peers took all of 20 minutes of deliberation to determine that she was "not guilty" following a week long expensive jury trial.

2) Petitioner meets all criteria for expungement of her civil records/temporary restraining order/arrest charges and history as identified in CRS 24-72-308;

3) Petitioner is entitled to relief under this section as meeting all criteria and has continued to lead an exemplary professional and personal life in all aspects (documentation can be furnished if this is necessary);

4) Petitioner is seeking gainful employment and has encountered unwarranted adverse consequences related to alleged charges (all which were dismissed and/or acquitted via US District Court);

5) Petitioner requests RAPID HEARING SO THAT PENDING EMPLOYMENT IS NOT FURTHER JEOPARDIZED;

6) Petitioner is pleased to furnish any additional verification, recommendations, references, information, supporting documentation, etc (if necessary) to satisfy hearing judge's decision of full expungement;

7) Jury decision of acquittal was found to be completely appropriate for petitioner as she was acting solely within her hired professional scope of duties as a US Census Bureau Field Interviewer when threatened by bodily harm/consequently fled respondent's driveway via her personal vehicle/respondent himself feigned physical injury of said vehicle striking him and suffering physical injury (although he admitted under oath of having prior pre-existing injuries and his testimony was fraught with illogical information and "poor memory" of actual facts which occurred prior to petitioner's arrest/alleged charges via Wheat Ridge Police Department).

Again, **haste is critical in this petition**: petitioner has been *unfairly judged* by prospective employers and forthcoming professional positions appropriate for her *training* (Master's degree in Counseling Psychology), *experience* (long tenure in State governmental counseling/case management/program coordination and nonprofit/higher education/business management), and *professional expertise* (able to competently conduct business and coordinate professional affairs in a variety of aspects) are being jeopardized UNLESS THIS RELIEF IS GRANTED AS SOON AS POSSIBLE.

Thank you for your kind consideration of this Petition #2 (Petition #1 is similar but to be heard in US District Court for Criminal Proceedings, Case #05CR00184 originally heard/acquitted without any damages against petitioner via US Judge Edward Nottingham).

Sincerely,

Susan K. Dyck @ return address above, 303.233.4545, email: quixsdyck@comcast.net

ATTACHMENTS: Copy of Petitioner's Colorado driver's license for personal identification purposes, Copy of Judge Nottingham's decision of dismissal/acquittal, Copy of Wheat Ridge Police Arrest Charges, Copy of Colorado Bureau of Investigation Arrest Charges and History.



**cdps**
COLORADO DEPARTMENT OF PUBLIC SAFETY

Page 1 of 4
**Colorado Bureau of Investigation**
Ronald C. Sloan, Director

http://cbi.state.co.us/

Bill Ritter, Jr.
GOVERNOR

Peter A. Weir
EXECUTIVE DIRECTOR

Colorado State Patrol

Colorado Bureau of Investigation

Division of Criminal Justice

Office of Preparedness, Security, and Fire Safety

TO: DYCK, SUSAN

RE: DYCK, SUSAN K.          DOB: 091651    SOC: XXXXX7622

The Colorado arrest record for the person noted to follow.

The Colorado Bureau of Investigation's database contains detailed information of arrest records based upon fingerprints provided by Colorado law enforcement agencies. Arrests, which are not supported by fingerprints, will not be included in this database. On occasion the Colorado criminal history will contain disposition information provided by the Colorado Judicial system. Additionally, warrant information, sealed records, and juvenile records are not available to the public.

*The results attached are based on a name search which may or may not be the subject of this inquiry. This search does not include a fingerprint comparison, which is the only means of positive identification.* Since an arrest record may be established after this inquiry, an arrest record is only valid at the time of the current request. To ensure the most current available information in regards to subsequent arrest after an initial inquiry, it is recommended another query be made.

The results attached below are based on the criteria given.

Falsifying or altering this document with the intent to misrepresent the contents of the record is prohibited by law, and may be punishable as a felony when done with intent to injure or defraud any person.

Sincerely,
Ronald C. Sloan, Director
Colorado Bureau of Investigation



Denver Office
690 Kipling Street, Suite 3000
Denver, Colorado 80215-5825
(303) 239-4300
Admin. FAX (303) 235-0568
Invest. FAX (303) 239-5788
cbi.denver@cdps.state.co.us

Pueblo Office
3416 North Elizabeth Street
Pueblo, Colorado 81008
(719) 542-1133
FAX (719) 542-6411
cbi.pueblo@cdps.state.co.us

Grand Junction Office
2797 Justice Drive
Grand Junction, Colorado 81506
(970) 248-7500
FAX (970) 248-7464
cbi.grandjunction@cdps.state.co.us

Durango Office
160 Rock Point Drive, Unit B
Durango, Colorado 81301
(970) 375-1646
FAX (970) 375-1619
cbi.durango@cdps.state.co.us

```
                                                                Page 2 of 4
ATTN: PUB
ATTENTION: DYCK, SUSAN
     COLORADO BUREAU OF INVESTIGATION   -   CRIME INFORMATION CENTER
     690 KIPLING STREET, #3000, DENVER, COLORADO  80215   303/239-4208

THIS IDENTIFICATION RECORD, FOR LAWFUL USE ONLY, SUMMARIZES INFORMATION SENT TO
THE CBI BY FINGERPRINT CONTRIBUTORS IN COLORADO.  WHERE THE DISPOSITION IS NOT
SHOWN OR FURTHER EXPLANATION OF A CHARGE OR DISPOSITION IS DESIRED, CONTACT THE
AGENCY THAT FURNISHED THE FINGERPRINTS.  ONLY THE COURT OR DISTRICT ATTORNEY IN
WHOSE OFFICE A FINAL DISPOSITION OCCURRED CAN PROVIDE A CERTIFIED COPY OF THAT
DISPOSITION.  STATE LAW GOVERNS ACCESS TO SEALED RECORDS.  UNLESS FINGERPRINTS
ACCOMPANIED YOUR INQUIRY, WE CANNOT GUARANTEE THIS RECORD RELATES TO THE PERSON
IN WHOM YOU HAVE AN INTEREST.  BECAUSE ADDITIONS AND DELETIONS MAY BE MADE AT
ANY TIME, A NEW COPY SHOULD BE REQUESTED WHEN NEEDED FOR SUBSEQUENT USE.

NAME(S) USED:         DYCK, SUSAN K
                      HEIDEBRECHT, SUE

PHYSICAL:             W  F  507  170  BRO/BRO   SKIN:

DATE(S) OF BIRTH:     091651

PLACE(S) OF BIRTH:    KS


-------------------------------------------------------------------------------
CONTRIBUTOR /        NAME /             CHARGE /
ARREST#              DATE               DISPOSITION
-------------------------------------------------------------------------------


PD WHEAT RIDGE       DYCK,              ASSAULT
ARREST # 05-1845      SUSAN K           3RD DEG
                     DATE - 02/19/05    MISDEMEANOR
                                        OFFENSE DATE: 02/14/05
                                        ITEM #001/004

PD WHEAT RIDGE       DYCK,              CRIMES AGAINST PERSON-SEE MIS
ARREST # 05-1845      SUSAN K           HARASSMENT
                     DATE - 02/19/05    MISDEMEANOR
                                        OFFENSE DATE: 02/14/05
                                        ITEM #002/004

PD WHEAT RIDGE       DYCK,              TRAFFIC OFFENSE
ARREST # 05-1845      SUSAN K           CARELESS DRIVING RESULT IN INJURY
                     DATE - 02/19/05    MISDEMEANOR
                                        OFFENSE DATE: 02/14/05
                                        ITEM #003/004

PD WHEAT RIDGE       DYCK,              TRAFFIC OFFENSE
ARREST # 05-1845      SUSAN K           LEFT SCENE AFTER ACCIDENT
                     DATE - 02/19/05    OFFENSE DATE: 02/14/05
                                        ITEM #004/004

     ---- END OF RECORD MEETING DISSEMINATION CRITERIA ----
            ------ 12/28/09 ------ 1435MT ------
     *** CRIMINAL JUSTICE AGENCIES MAY NOT HAVE PROVIDED ALL ARRESTS,  ***
     *** CHARGES OR DISPOSITIONS TO THE CBI.  THIS RECORD SHOWS ALL    ***
     *** ARRESTS, CHARGES & DISPOSITIONS THAT WERE PROVIDED, UNLESS    ***
     *** ACCESS TO THEM HAS BEEN LIMITED BY COURT ORDER.               ***
     *** FALSIFYING OR ALTERING THIS RECORD WITH THE INTENT TO         ***
     *** MISREPRESENT THE CONTENTS OF THE RECORD IS PROHIBITED BY      ***
     *** LAW, AND MAY BE PUNISHABLE AS A FELONY WHEN DONE WITH THE     ***
     *** INTENT TO INJURE OR DEFRAUD ANY PERSON.                       ***
*******************************************************************************
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02239-RPM

THOMAS MARTINEZ,

    Plaintiff,

v.

UNITED STATES OF AMERICA and
SUSAN K. DYCK,

    Defendants.

---

## JUDGMENT

---

Pursuant to and in accordance with the Order entered by Senior District Court Judge Richard P. Matsch on December 12, 2006, incorporated herein by reference, it was

ORDERED that pursuant to 28 U.S.C. § 2679(d)(I), as amended, the United States is substituted as the sole defendant herein with respect to plaintiff's common law tort action and the Complaint is dismissed with prejudice as to defendant Susan K. Dyck, to the extent she has been sued for common law torts.

This matter was tried to the Court on the remaining claims from July 17, 2008, to July 18, 2008 before Senior District Court Judge Richard P. Matsch.

Pursuant to the Court's oral findings of fact and conclusions of law, incorporated herein by reference, it is

FURTHER ORDERED that judgment is entered in favor of defendant United States of America and against plaintiff Thomas Martinez. It is

FURTHER ORDERED that no costs are awarded. It is

FURTHER ORDERED that the Complaint and this civil action are dismissed.

DATED at Denver, Colorado, this 18th day of July, 2008.

                FOR THE COURT:

                Gregory C. Langham, Clerk

                      s/J. Chris Smith
        By: _____
                J. Chris Smith, Deputy Clerk